PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 SEP -6 AM 9: 56
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. CHRISTOPHER JAMES WOODLAND                    Docket No. 07CR1058LAB-002

### Petition for Modification on Conditions of Pretrial Release

Comes now Diana Ghanem Pretrial Services Officer presenting an official report upon the conduct of defendant CHRISTOPHER JAMES WOODLAND who was placed under pretrial release supervision by the Honorable William McCurine Jr. sitting in the court at San Diego on the 27th day of April, 2007, under the following conditions: restrict travel to Southern District of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or psychiatric or psychological counseling; participate in a Global Positioning System (GPS) satellite monitoring program (active); remain at specified residence (curfew) between the hours of 12:00 p.m. and 5:00 a.m. daily; actively seek and maintain full-time employment, schooling, or combination both; counseling with Pastor Holmquist at least once per month; must meet with a licenced marriage and family counselor with substantial experience in pornography at least two times a month; must reside at home; the defendant cannot access pornographic websites; Pretrial Services will monitor remotely all computers the defendant owns or has property ownership interest in; and the defendant must have no contact with minors without another adult present.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On August 30, 2007, the defendant provided his laptop to Pretrial Services for review. Pretrial Services found images of the defendant and a female who appeared to be under the age of eighteen (18), in the same room standing in close proximity of each other. The snapshots were taken on August 26, 2007, and there did not appear to be an adult present in the room. Pretrial Services asked the defendant the age of the female in the images. The defendant stated the female is a nine (9) year old and the daughter of close family friends. The defendant was advised that his conditions of release state that he may not have contact with a minor without another adult present. The defendant stated that he is aware of the condition and that his parents were in the residence, as were the girl's parents. The defendant's father verified he was at the residence with his son, but stated they were not in the same room the entire time.

PRAYING THAT THE COURT WILL MODIFY the defendant's conditions of release to clearly state: **The defendant shall not be in the same room as a minor without another adult physically present and in the same room at all times. The other adult cannot be the co-defendant.**

ORDER OF COURT

Considered and ordered this ____4____ day of ___Sept___, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Larry A. Burns

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __8/31/07__

Respectfully,

_____
Diana Ghanem, U.S. Pretrial Services Officer
(619) 557-5938

Place __San Diego, California__

Date __August 31, 2007__